EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Francisco Rádinson Caraballo | 2008 TSPR 139 <br><br> 174 DPR ＿＿＿ |

Número del Caso: TS-11473


Fecha: 14 de agosto de 2008


Abogado de la Parte Peticionaria:


      Por Derecho Propio


Oficina de Inspección de Notarías:


      Lcda. Lourdes I. Quintana Lloréns
      Directora


Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco Rádinson Caraballo          TS-11473

Sala de Verano integrada por el Juez Presidente señor Hernández Denton y las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de agosto de 2008.

Vista la *Moción en Cumplimiento de Orden* y la *Moción Urgente en Torno a "Moción en Cumplimiento de Orden",* se ordena el archivo de la queja AB-2005-252 y se reinstala al licenciado Rádinson Caraballo, únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo